2 So.2d 925

**Forney BRADFORD v. STATE.**

**7 Div. 562.**

Court of Appeals of Alabama.
April 22, 1941.

John R. Robinson and George Murphy, both of Gadsden, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

6 So.2d 904

**Odie BRAZELTON v. STATE.**

**8 Div. 140.**

Court of Appeals of Alabama.
Feb. 3, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

4 So.2d 921

**J. W. BRITTLE v. STATE.**

**7 Div. 651.**

Court of Appeals of Alabama.
Oct. 28, 1940.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

8 So.2d 223

**William BROGLAN v. STATE.**

**8 Div. 210.**

Court of Appeals of Alabama.
March 3, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

11 So.2d 166

**Freeman BROWN v. CITY OF TUS-CALOOSA.**

**6 Div. 953.**

Court of Appeals of Alabama.
Nov. 27, 1942.

PER CURIAM.
Appeal dismissed, want of prosecution.

8 So.2d 898

**Jess BROWN v. TOWN OF ONEONTA.**

**6 Div. 889.**

Court of Appeals of Alabama.
May 19, 1942.

R. G. Kelton, of Oneonta, for appellant.
P. A. Nash, of Oneonta, for appellee.

RICE, Judge.
Affirmed.